IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LYDIA ANN KILLIAN                                                                                          PLAINTIFF

v.                                            NO. 3:15CV00182 JLH-JTK

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                                           DEFENDANT

## ORDER

The Court has reviewed the recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney and the objections filed by the plaintiff, Lydia Ann Killian. The Court has also conducted a *de novo* review of the record. Based upon that *de novo* review, the Court concludes that the recommended disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Therefore, the decision of the Commissioner of the Social Security Administration to deny disability insurance benefits to Lydia Ann Killian is affirmed. The complaint of Lydia Ann Killian is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2016.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE