**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

LYDIA ANN KILLIAN                                                                                    PLAINTIFF

v.                                    NO. 3:15CV00182 JLH-JTK

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                                     DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the decision of the Commissioner of the Social Security Administration to deny disability insurance benefits to Lydia Ann Killian is affirmed.

The complaint of Lydia Ann Killian is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE